COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stephen Lars Morris v. The State of Texas

Appellate case number:   01-14-00511-CR

Trial court case number: 1384125

Trial court:             185th District Court, Harris County, Texas

Appellant's appointed counsel filed a motion to abate and remand to the trial court because she claimed the trial court's certification of the right to appeal was defective. We granted this motion and issued an order, abating the case and directing the trial court to hold a hearing to consider whether the certification was defective. On April 21, 2015, a supplemental clerk's record was filed, containing the trial court's corrected certification. This certification states that this is not a plea bargain case and appellant has the right to appeal. The clerk's record and reporter's record have been filed.

Accordingly, we REINSTATE this case on the Court's active docket. Appellant's brief is ordered to be filed within 30 days of the date of this order. The State's brief will be due within 30 days of the date of filing of appellant's brief. *See* TEX. R. APP. P. 38.6(a)-(b).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court


Date: October 15, 2015